**Robert T. ALLEN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41061.**

Missouri Court of Appeals, Western District.

Aug. 29, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 3, 1989.

Larry C. Pace, Kansas City, for appellant.

William L. Webster, Atty. Gen., Christopher M. Kehr, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, C.J., and CLARK and FENNER, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 motion for postconviction relief after a hearing. Affirmed. Rule 84.16(b).